UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| GLADYS LABEAUX and SANDY LABEAUX,<br><br>        Plaintiffs,<br><br>    v.<br><br>JOHNSON & JOHNSON, and JOHNSON & JOHNSON CONSUMER INC., f/k/a JOHNSON & JOHNSON CONSUMER COMPANIES, INC.,<br><br>        Defendants. | No. 2:19-cv-01990 WBS CKD<br><br>ORDER |

----oo0oo----

Pursuant to 28 U.S.C. § 455(b)(4), the undersigned hereby recuses himself as the judge to whom this case is assigned because the undersigned has a financial interest in Johnson & Johnson.

IT IS THEREFORE ORDERED that the Clerk of the Court reassign this case to another judge for all further proceedings, making appropriate adjustments in the assignments of civil cases

1

1 | to compensate for such reassignment.

2 |     IT IS FURTHER ORDERED that any previous orders issued
3 | by the undersigned judge in this case are hereby VACATED and SET
4 | ASIDE, and any dates previously set by the undersigned judge in
5 | this case are hereby VACATED.

6 | Dated: October 3, 2019

*[Signature]*

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2